IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ZABIULLAH ATTAIE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3227 |
| | ) | |
| v. | ) | |
| | ) | |
| TELEX COMMUNICATIONS, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff, a non-prisoner, filed a motion for leave to proceed *in forma pauperis* (Filing No. 2).  Upon review of plaintiff's motion, the Court finds that plaintiff is financially eligible to proceed *in forma pauperis*.  Accordingly,

IT IS ORDERED that leave to proceed in forma pauperis is provisionally granted, and the complaint shall be filed without payment of fees.

DATED this 8th day of December, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court