IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ZABIULLAH ATTAIE,            )
                             )
          Plaintiff,         )       4:08CV3227
                             )
     v.                      )
                             )
TELEX COMMUNICATIONS, INC.,  )       ORDER
                             )
          Defendant.         )
_____)
```

This matter is before the Court on its own motion. On December 29, 2008, the Court entered a memorandum and order allowing plaintiff to amend his complaint in order to clearly state a claim upon which relief may be granted against defendant (Filing No. 6). Plaintiff filed an amended complaint on January 12, 2009 (Filing No. 7). After reviewing the amended complaint, the Court finds that plaintiff has complied with its December 29, 2008, memorandum and order and that service on defendant is now warranted. Accordingly,

IT IS ORDERED:

1. To obtain service of process on defendant, plaintiff must complete and return the summons form which the clerk of the court will provide. The clerk of the court shall send ONE (1) summons form and ONE (1) USM-285 form to plaintiff together with a copy of this order. Plaintiff shall, as soon as possible, complete the forms and send the completed forms back to

the clerk of the court. In the absence of the forms, service of process cannot occur.

    2. Upon receipt of the completed forms, the clerk of the court will sign the summons form, to be forwarded with a copy of the complaint and amended complaint to the U.S. Marshal for service of process. The Marshal shall serve the summons, complaint, and amended complaint without payment of costs or fees. Service may be by certified mail pursuant to Fed. R. Civ. P. 4 and Nebraska law in the discretion of the Marshal. The clerk of the court will copy the complaint and amended complaint, and plaintiff does not need to do so.

    3. Fed. R. Civ. Pro. 4 requires service of the complaint on a defendant within 120 days of filing the complaint. However, because in this order plaintiff is informed for the first time of these requirements, plaintiff is granted an extension of time until 120 days from the date of this order to complete service of process.

    4. Plaintiff is hereby notified that failure to obtain service of process on a defendant within 120 days of the date of this order may result in dismissal of this matter without further notice as to such defendant. A defendant has twenty (20) days after receipt of the summons to answer or otherwise respond to a complaint.

5.   The clerk of court is directed to set a pro se case management deadline in this case with the following text: "July 20, 2009:  Check for completion of service of summons."

6.   The parties are bound by the Federal Rules of Civil Procedure and by the Local Rules of this Court.  Plaintiff shall keep the Court informed of a current address at all times while this case is pending.  Failure to do so may result in dismissal.

DATED this 23rd day of March, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court