IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ZABIULLAH ATTAIE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3227 |
| | ) | |
| v. | ) | |
| | ) | |
| TELEX COMMUNICATIONS, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for leave to appeal in forma pauperis (Filing No. 44). On December 22, 2009, the Court dismissed plaintiff's claims and entered judgment against plaintiff (Filing Nos. 42 and 43). Plaintiff filed a timely Notice of Appeal of the Court's judgment (Filing No. 44). Plaintiff is not a prisoner and has previously been granted leave to proceed IFP in this matter (Filing No. 5).

As set forth in Federal Rule of Appellate Procedure 24(a)(3):

> (a) Leave to Proceed in Forma Pauperis ....
>
> (3) Prior Approval. A party who was permitted to proceed in forma pauperis in the district court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless the district court -- before or after the notice of appeal is filed -- certifies that the appeal is not taken in good faith or finds that the party

     is not otherwise entitled to
     proceed in forma pauperis.  In that
     event, the district court must
     state in writing its reasons for
     the certification or finding.

 The Court finds that because plaintiff proceeded IFP in the district court, he may now "proceed on appeal in forma pauperis without further authorization." *Id*.

 IT IS ORDERED:

 1.  Plaintiff's motion for leave to appeal in forma pauperis (Filing No. 44) is granted.

 2.  The clerk of the court shall provide the Court of Appeals with a copy of this order.

 DATED this 30th day of December, 2009.

        BY THE COURT:

        /s/ Lyle E. Strom
        _____
        LYLE E. STROM, Senior Judge
        United States District Court